UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| In re: | § | Case No. 20-11407-REG |
|---|---|---|
| | § | |
| JESSICA A. BLACKMON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>09/29/2020</u>. The undersigned trustee was appointed on <u>09/29/2020</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                                     $1,322.25

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.41 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,321.84 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/22/2021 and the deadline for filing government claims was 03/29/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $330.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $330.56, for a total compensation of $330.56[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $107.00, for total expenses of $107.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2021            By:  /s/ Yvette Gaff Kleven
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

Exhibit A

| Case No.: | 20-11407-REG | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|
| Case Name: | BLACKMON, JESSICA A. | Date Filed (f) or Converted (c): | 09/29/2020 (f) |
| For the Period Ending: | 4/29/2021 | §341(a) Meeting Date: | 11/03/2020 |
| | | Claims Bar Date: | 03/22/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  4017 Buell Drive, Fort Wayne, IN 46807 | $65,000.00 | $7,237.00 | | $0.00 | FA |
| 2  2018 Chrysler Pacifica, half owner with husband | $46,000.00 | $1,000.00 | | $0.00 | FA |
| 3  2008 Ford Mustang, half owner with husband | $28,000.00 | $0.00 | | $0.00 | FA |
| 4  2019 Dodge Ram - Lease Vehicle | $0.00 | $0.00 | | $0.00 | FA |
| 5  Household goods and furnishing | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  7 TVs, 2 cell phone, laptop | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Everyday clothes | $500.00 | $0.00 | | $0.00 | FA |
| 8  Jewelry - wedding rings | $1,200.00 | $0.00 | | $0.00 | FA |
| 9  dog | $50.00 | $0.00 | | $0.00 | FA |
| 10 Checking, Chase Bank | $300.00 | $943.85 | | $943.85 | FA |
| 11 Savings at Chase Bank | $20.00 | $1,980.00 | | $285.44 | FA |
| 12 Savings at Three Rivers FCU | $300.00 | $32.07 | | $32.07 | FA |
| 13 Cash (u) | $20.00 | $0.00 | | $0.00 | FA |
| 14 2020 refunds (u) | $0.00 | $5,000.00 | | $60.89 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $143,390.00 | $16,192.92 | | | $1,322.25 | $0.00 |

**Major Activities affecting case closing:**

TFR to UST; once filed with the Court, write checks. jss
Waiting on Order for TT Comp; once rec'd, prep TFR. jss
ready for fee apps and TFR; 4/23/2021 ykleven
must surrender bank and refunds; 3/15/2021 ykleven
must surrender bank and investigating 2020 refunds; 2/25/2021 ykleven
investigating 2020 refunds and need bank statement; must surrender bank; investigating bank activity; 1/18/2021 ykleven
investigating 2020 refunds and large check; need bank statement; must surrender bank; 12/16/2020 ykleven

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/12/2021 | | /s/ YVETTE GAFF KLEVEN | |
| **Current Projected Date Of Final Report (TFR):** | | | YVETTE GAFF KLEVEN | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-11407-REG | | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|---|
| Case Name: | BLACKMON, JESSICA A. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7541 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/29/2020 | | Blanket bond (per case limit): | $29,496,184.00 |
| For Period Ending: | 4/29/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/26/2021 | | Jessica Blackmon | Payment | * | $1,322.25 | | $1,322.25 |
| | {10} | | Checking Chase Bank                $943.85 | 1129-000 | | | $1,322.25 |
| | {11} | | Savings at Chase Bank              $285.44 | 1129-000 | | | $1,322.25 |
| | {12} | | Savings at Three Rivers             $32.07 | 1129-000 | | | $1,322.25 |
| | {14} | | 2020 Refunds                        $60.89 | 1224-000 | | | $1,322.25 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.41 | $1,321.84 |

|  |  |  |
|---|---|---|
| TOTALS: | $1,322.25 | $0.41 | $1,321.84 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $1,322.25 | $0.41 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,322.25 | $0.41 | |

| For the period of  9/29/2020 to 4/29/2021 | | For the entire history of the account between 03/25/2021 to 4/29/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,322.25 | Total Compensable Receipts: | $1,322.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,322.25 | Total Comp/Non Comp Receipts: | $1,322.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.41 | Total Compensable Disbursements: | $0.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.41 | Total Comp/Non Comp  Disbursements: | $0.41 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 20-11407-REG | | **Trustee Name:** | Yvette Gaff Kleven |
| **Case Name:** | BLACKMON, JESSICA A. | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***7541 | | **Checking Acct #:** | ******0701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/29/2020 | | **Blanket bond (per case limit):** | $29,496,184.00 |
| **For Period Ending:** | 4/29/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,322.25 | $0.41 | $1,321.84 |

| **For the period of 9/29/2020 to 4/29/2021** | | **For the entire history of the case between 09/29/2020 to 4/29/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,322.25 | Total Compensable Receipts: | $1,322.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,322.25 | Total Comp/Non Comp Receipts: | $1,322.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.41 | Total Compensable Disbursements: | $0.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.41 | Total Comp/Non Comp Disbursements: | $0.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GAFF KLEVEN

YVETTE GAFF KLEVEN

# CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| Case No.: | 20-11407-REG | Trustee Name: Yvette Gaff Kleven |
| Case Name: | BLACKMON, JESSICA A. | Date: 4/29/2021 |
| Claims Bar Date: | 03/22/2021 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YVETTE GAFF KLEVEN<br>111 W. Wayne Street<br>Fort Wayne IN 46802 | 04/28/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $330.56 | $330.56 | $0.00 | $0.00 | $0.00 | $330.56 |
| **Claim Notes:** | Per Court Order 04/28/21 | | | | | | | | | | | |
| | YVETTE GAFF KLEVEN<br>111 W. Wayne Street<br>Fort Wayne IN 46802 | 04/28/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $107.00 | $107.00 | $0.00 | $0.00 | $0.00 | $107.00 |
| **Claim Notes:** | Per Court Order 04/28/21 | | | | | | | | | | | |
| 1 | TD BANK, USA<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 12/22/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,062.54 | $2,062.54 | $0.00 | $0.00 | $0.00 | $2,062.54 |
| 2 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO Box 3025<br>New Albany OH 43054-3025 | 01/04/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,950.60 | $8,950.60 | $0.00 | $0.00 | $0.00 | $8,950.60 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 01/05/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,065.22 | $4,065.22 | $0.00 | $0.00 | $0.00 | $4,065.22 |
| 4 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>Wilkes-Barre PA 18773-9635 | 01/05/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,791.22 | $2,791.22 | $0.00 | $0.00 | $0.00 | $2,791.22 |
| 5 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 01/07/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,671.39 | $6,671.39 | $0.00 | $0.00 | $0.00 | $6,671.39 |

| Case No.: | 20-11407-REG | | | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|---|---|
| Case Name: | BLACKMON, JESSICA A. | | | Date: | 4/29/2021 |
| Claims Bar Date: | 03/22/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT  PO Box 108  Saint Louis MO 63166-0108 | 01/13/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,841.56 | $8,841.56 | $0.00 | $0.00 | $0.00 | $8,841.56 |
| **Claim Notes:** | (6-1) 2011407202009294927 | | | | | | | | | | | |
| 7 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC  PO Box 657  Kirkland WA 98083-0657 | 01/15/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,707.80 | $2,707.80 | $0.00 | $0.00 | $0.00 | $2,707.80 |
| **Claim Notes:** | (7-1) Money Loaned | | | | | | | | | | | |
| 8 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP  PO Box 3001  Malvern PA 19355-0701 | 01/18/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,905.41 | $4,905.41 | $0.00 | $0.00 | $0.00 | $4,905.41 |
| 9 | CITIBANK, N.A.  5800 S Corporate Pl  Sioux Falls SD 57108-5027 | 01/19/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,959.18 | $1,959.18 | $0.00 | $0.00 | $0.00 | $1,959.18 |
| **Claim Notes:** | (9-1) Money Loaned | | | | | | | | | | | |
| 10 | UNCLE WARBUCKS  40 E. Main St., Ste. 508U  Newark DE 19711 | 01/20/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $797.00 | $797.00 | $0.00 | $0.00 | $0.00 | $797.00 |
| 11 | PHEAA  PO Box 8147  Harrisburg PA 17105 | 01/22/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,984.83 | $20,984.83 | $0.00 | $0.00 | $0.00 | $20,984.83 |
| 12 | SANTANDER CONSUMER USA INC  dba Chrysler Capital as servicer for  CCAP Auto Lease Ltd.  P.O. BOX 961275  FORT WORTH TX 76161 | 01/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,455.89 | $8,455.89 | $0.00 | $0.00 | $0.00 | $8,455.89 |

| Case No. | 20-11407-REG | | | Trustee Name: | Yvette Gaff Kleven |
| Case Name: | BLACKMON, JESSICA A. | | | Date: | 4/29/2021 |
| Claims Bar Date: | 03/22/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT, INC. PO Box 2037 Warren MI 48090 | 01/28/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,850.01 | $6,850.01 | $0.00 | $0.00 | $0.00 | $6,850.01 |

**Claim Notes:** (13-1) 2705

| 14 | JD RECEIVABLES LLC PO Box 382656 Germantown TN 38183 | 02/17/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,278.85 | $1,278.85 | $0.00 | $0.00 | $0.00 | $1,278.85 |
| 15 | PYOD, LLC RESURGENT CAPITAL SERVICES PO Box 19008 Greenville SC 29602 | 02/22/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $867.31 | $867.31 | $0.00 | $0.00 | $0.00 | $867.31 |
| 16 | KOHL'S PERITUS PORTFOLIO SERVICES II, LLC PO BOX 141509 IRVING TX 75014 | 02/26/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,964.88 | $2,964.88 | $0.00 | $0.00 | $0.00 | $2,964.88 |

**Claim Notes:** (16-1) Credit Card

| 17 | RESURGENT RECEIVABLES, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | 03/06/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $788.92 | $788.92 | $0.00 | $0.00 | $0.00 | $788.92 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk VA 23541 | 03/08/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,206.42 | $4,206.42 | $0.00 | $0.00 | $0.00 | $4,206.42 |
| 19 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC C/O PRA RECEIVABLES MANAGEMENT, LLC PO Box 41021 Norfolk VA 23541 | 03/10/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $746.99 | $746.99 | $0.00 | $0.00 | $0.00 | $746.99 |
| | | | | | | | $91,333.58 | $91,333.58 | $0.00 | $0.00 | $0.00 | $91,333.58 |

CLAIM ANALYSIS REPORT

Page No: 4       Exhibit C

| | |
|---|---|
| **Case No.** | 20-11407-REG |
| **Case Name:** | BLACKMON, JESSICA A. |
| **Claims Bar Date:** | 03/22/2021 |
| **Trustee Name:** | Yvette Gaff Kleven |
| **Date:** | 4/29/2021 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $90,896.02 | $90,896.02 | $0.00 | $0.00 | $0.00 | $90,896.02 |
| Trustee Compensation | $330.56 | $330.56 | $0.00 | $0.00 | $0.00 | $330.56 |
| Trustee Expenses | $107.00 | $107.00 | $0.00 | $0.00 | $0.00 | $107.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-11407-REG
Case Name:     JESSICA A. BLACKMON
Trustee Name:  Yvette Gaff Kleven

|                                    |            |
|------------------------------------|-----------:|
| Balance on hand:                   | $1,321.84  |

Claims of secured creditors will be paid as follows: NONE

|                                         |           |
|-----------------------------------------|----------:|
| Total to be paid to secured creditors:  | $0.00     |
| Remaining balance:                      | $1,321.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Yvette Gaff Kleven, Trustee Fees | $330.56 | $0.00 | $330.56 |
| Yvette Gaff Kleven, Trustee Expenses | $107.00 | $0.00 | $107.00 |

|                                                            |          |
|------------------------------------------------------------|---------:|
| Total to be paid for chapter 7 administrative expenses:    | $437.56  |
| Remaining balance:                                         | $884.28  |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|                                                              |         |
|--------------------------------------------------------------|--------:|
| Total to be paid to prior chapter administrative expenses:   | $0.00   |
| Remaining balance:                                           | $884.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                       |         |
|---------------------------------------|--------:|
| Total to be paid to priority claims:  | $0.00   |
| Remaining balance:                    | $884.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $90,896.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | TD Bank, USA | $2,062.54 | $0.00 | $20.08 |
| 2 | Discover Bank Discover Products Inc | $8,950.60 | $0.00 | $87.09 |
| 3 | Capital One Bank (USA), N.A. | $4,065.22 | $0.00 | $39.55 |
| 4 | Navient Solutions, LLC. On behalf of Department of Education Loan Services | $2,791.22 | $0.00 | $27.15 |
| 5 | JPMorgan Chase Bank, N.A. | $6,671.39 | $0.00 | $64.90 |
| 6 | U.S. Bank National Association Bankruptcy Department | $8,841.56 | $0.00 | $86.01 |
| 7 | Department Stores National Bank c/o Quantum3 Group LLC | $2,707.80 | $0.00 | $26.34 |
| 8 | American Express National Bank c/o Becket and Lee LLP | $4,905.41 | $0.00 | $47.72 |
| 9 | Citibank, N.A. | $1,959.18 | $0.00 | $19.06 |
| 10 | Uncle Warbucks | $797.00 | $0.00 | $7.75 |
| 11 | PHEAA | $20,984.83 | $0.00 | $204.15 |
| 12 | Santander Consumer USA Inc | $8,455.89 | $0.00 | $82.26 |
| 13 | Midland Credit Management, Inc. | $6,850.01 | $0.00 | $66.64 |
| 14 | JD Receivables LLC | $1,278.85 | $0.00 | $12.44 |
| 15 | PYOD, LLC Resurgent Capital Services | $867.31 | $0.00 | $8.44 |
| 16 | Kohl's Peritus Portfolio Services II, LLC | $2,964.88 | $0.00 | $28.84 |
| 17 | Resurgent Receivables, LLC Resurgent Capital Services | $788.92 | $0.00 | $7.67 |
| 18 | Portfolio Recovery Associates, LLC | $4,206.42 | $0.00 | $40.92 |
| 19 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC | $746.99 | $0.00 | $7.27 |

Total to be paid to timely general unsecured claims: $884.28
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |